**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email: ghayes@tysonmendes.com
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email: npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, WALMART, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNON SEGERER, individually;<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Foreign Corporation; DOES 1 through 20; and ROE BUSINESS ENTITY I through 20, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00507-ART-CSD<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT OF WALMART** |

IT IS HEREBY STIPULATED AND AGREED, between the parties through their attorneys of record, that the deadline for Plaintiff Shannon Segerer to file her Response to Defendant's Motion for Summary Judgment ("Motion") **be extended to September 30, 2025**. Plaintiff's counsel and Defense's counsel have agreed to participate in a mediation on September 16, 2025 and are working toward resolution. Defense's counsel has agreed to allow Plaintiff's counsel additional time to oppose to Motion for Summary Judgment filed on August 8, 2025 to conserve on legal fees if the parties are able to resolve this case.

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

///

///

///

///

1

1   **IT IS SO STIPULATED.**

2   Dated this 11th day of August, 2025.                Dated this 11th day of August 2025.

3   **RICHARD HARRIS LAW FIRM**                         **TYSON & MENDES LLP**

4   /s/ Johnathan Leavitt                              /s/ Griffith H. Hayes
    RICHARD A. HARRIS                                  GRIFFITH H. HAYES
5   Nevada Bar No. 505                                 Nevada Bar No. 7374
    JOHNATHAN LEAVITT                                  NICHOLAS F. PSYK
6   Nevada Bar No. 13172                               Nevada Bar No. 15983
7   *Attorneys for Plaintiff*                          *Attorneys for Defendant Walmart, Inc.*

9   **IT IS SO ORDERED.**

                                                       C S D

                                                       UNITED STATES MAGISTRATE JUDGE

                                                       DATED this  August 11, 2025

2