# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON SEGERER, individually;<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART, INC., a Foreign Corporation; DOES 1 through 20; and ROE BUSINESS ENTITY I through 20, inclusive,<br><br>  Defendants. | Case No.: 3:24-cv-00507-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff SHANNON SEGERER, an individual, by and through her counsel, RICHARD HARRIS LAW FIRM and Defendant WALMART, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

Dated this 27th day of October, 2025.

**RICHARD HARRIS LAW FIRM**

/s/ *Johnathan Leavitt*

RICHARD A. HARRIS
Nevada Bar No. 505
JOHNATHAN LEAVITT
Nevada Bar No. 13172
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 27th day of October 2025.

**TYSON & MENDES LLP**

/s/ *Griffith Hayes*

GRIFFITH H. HAYES
Nevada Bar No. 7374
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

1

**ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: October 27, 2025